# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., | Civil No. 04-4213 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| NEWS AMERICA MARKETING IN-STORE, INC., | |
| Defendant. | |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated May 6, 2009, and no objections having been filed to said Report and Recommendation.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Insignia's Motion for Limited Discovery pursuant to Rule 56(f) [Docket No. 512] is **DENIED.**

Dated: June 5, 2009
at Minneapolis, Minnesota

                                                                                                            s/John R. Tunheim
                                                                                                           JOHN R. TUNHEIM
                                                                          United States District Judge