# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., | Civil No. 04-4213 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| NEWS AMERICA MARKETING IN-STORE, INC., | |
| Defendant, | |

Stephen Wood, **KELLEY DRYE AND WARREN**, 3050 K Street NW, Suite 400, Washington, DC 20007-5108, for Insignia Systems and Scott Drill.

Todd A. Wind, **FREDRIKSON & BYRON**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402; Matt Cantor, **CONSTANTINE CANNON, LLP**, 450 Lexington Avenue, 17th Floor, New York, NY 10017, for News America Marketing In-Store, Inc.

This matter is before the Court on the request made by News America for leave to file a motion to reconsider the Court's September 30, 2009 order denying summary judgment. The Court has reviewed the request, as well as the letter filed by plaintiffs in response, and **IT IS HEREBY ORDERED** that defendant's request for leave to file a motion for reconsideration [Docket No. 602] is **DENIED**.

DATED: January 6, 2010  
at Minneapolis, Minnesota.

s/ John R. Tunheim  
JOHN R. TUNHEIM  
United States District Judge