# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR EXHIBIT A TO DECLARATION OF DAVID R. SINGER (2/27/09 DECLARATION OF PAMELA WESSON)**

Insignia Systems, Inc.,

    Plaintiff

v.                                                                            Case Number: 04 4213 JRT/AJB

News America Marketing In-Store, Inc.

    Defendant

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**EXHIBIT A TO DECLARATION OF DAVID R. SINGER IN SUPPORT OF DEFENDANT'S MOTION FOR AN ORDER (1) PRECLUDING THE TESTIMONY OF PAMELA WESSON AND (2) PRECLUDING THE TESTIMONY OF RICHARD RODRIGUEZ OR, AT A MINIMUM, COMPELLING HIM TO ANSWER FURTHER DEPOSITION QUESTIONS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

  _X_   Other (description): **Item Under Seal pursuant to Protective Order entered in this case April 26, 2007 (Dkt. 210).**

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).

4675371_1.DOC