# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Insignia Systems, Inc., | ) COURT MINUTES – CIVIL |
| | ) BEFORE:  ARTHUR J. BOYLAN |
| | ) U.S. MAGISTRATE JUDGE |
| Plaintiff(s), | ) |
| | ) Case No:        cv 04-4213 JRT/AJB |
| v. | ) Date:             4/12/10 |
| | ) Courtroom: |
| News America Marketing In-Store, Inc., | ) Time Commenced:   9:00 a.m. |
| | ) Time Concluded:   2:30 p.m. |
| Defendant(s). | ) Time in Court:   5 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    William MacLeod, Stephen Wood, James Diracles, Julian Solotorovsky, Robert Meller

    Defendant:    Richard Stone, Todd Wind, Kenneth Klein

**PROCEEDINGS:**

☐    Settlement reached.  Terms stated on the record.

    Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

✓    No settlement reached.

**Other Remarks:**

    s/ KAT
    Judicial Assistant