# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC., | Civil No. 04-4213 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| NEWS AMERICA MARKETING IN-STORE, INC., | |
| Defendant, | |

Stephen Wood, **KELLEY DRYE AND WARREN**, 33 West Wacker Drive, Suite 2600, Chicago, IL 60606, for plaintiff.

David Ettinger, **HONIGMAN MILLER SCHWARTZ & COHN LLP**, 660 Woodward Avenue, Suite 2290, Detroit, MI 48226, for defendant.

This matter is before the Court on the request made by News America for leave to file a reply brief in support of its Motions to exclude. The Court has reviewed the request, as well as the letter filed by plaintiffs in response, and **IT IS HEREBY ORDERED** that defendant's request for leave to file a reply brief [Docket No. 674] is **GRANTED in part** and **DENIED in part,** as follows**:**

1. The motion is **GRANTED** as to the request for leave to file a reply.

2. The motion is **DENIED** with respect to the page limits requested by defendant. The Court will allow defendants to file a 5 page reply in support of the Motion to Exclude the Testimony of Dr. Overstreet, and a 1-2 page reply in support of the Motion to Exclude the Testimony of Payton and Frenda.

| | |
|---|---|
| DATED: July 15, 2010<br>at Minneapolis, Minnesota. |     s/ John R. Tunheim    <br>JOHN R. TUNHEIM<br>United States District Judge |