# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **INSIGNIA SYSTEMS, INC.,** | Civil No. 04 4213 (JRT/AJB) |
| Plaintiff, | DEFENDANT NEWS AMERICA MARKETING IN-STORE, INC.'S |
| v. | MOTION *IN LIMINE* NO. 6 TO PRECLUDE ARGUMENTS AND |
| **NEWS AMERICA MARKETING IN-STORE, INC.,** | EVIDENCE APPEALING TO REGIONAL OR FINANCIAL BIASES, OR PLAYING UPON |
| Defendant. | UNEMPLOYMENT CONCERNS |

Defendant News America Marketing In-Store, Inc. respectfully moves the Court for an Order granting Defendant's Motion *In Limine* No. 6 to preclude arguments and the introduction of evidence by Plaintiff Insignia Systems, Inc. that appeal to any regional or financial biases, or that play upon any unemployment concerns the jury may have.

This Motion is based on the Federal Rules of Evidence, case law, the accompanying memorandum in support of the Motion, any exhibits thereto, the arguments of counsel, and all of the files, records, and proceedings herein.

Dated: November 29, 2010         Respectfully submitted,

By:   s/ Todd Wind
       Todd Wind (#196514)
       Nicole M. Moen (#329435)
FREDRIKSON & BYRON
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402

(612) 492-7046 (phone)
(612) 492-7077 (facsimile)
twind@fredlaw.com
nmoen@fredlaw.com

Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie Ann Shepard (*pro hac vice*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600 (phone)
(310) 785-4601 (facsimile)
richard.stone@hoganlovells.com
kenneth.klein@ hoganlovells.com
julie.shepard@ hoganlovells.com

***Attorneys for Defendant***
***News America Marketing In-Store, Inc.***