# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

|  |  |
|---|---|
|  | **PLACEHOLDER FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT NEWS AMERICA MARKETING IN-STORE, INC.'S MOTION IN LIMINE NO. 6 TO PRECLUDE ARGUMENTS AND EVIDENCE APPEALING TO REGIONAL OR FINANCIAL BIASES, OR PLAYING UPON UNEMPLOYMENT CONCERNS** |
| INSIGNIA SYSTEMS, INC. |  |
| Plaintiff |  |
| v. | Case Number: 04-Civ-4213 JRT/AJB |
| NEWS AMERICA MARKETING IN-STORE, INC. |  |
| Defendant(s) |  |

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

**PLACEHOLDER FOR PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT NEWS AMERICA MARKETING IN-STORE, INC.'S MOTION IN LIMINE NO. 6 TO PRECLUDE ARGUMENTS AND EVIDENCE APPEALING TO REGIONAL OR FINANCIAL BIASES, OR PLAYING UPON UNEMPLOYMENT CONCERNS**

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

**x Item Under Seal pursuant to a court order\*** (Document number of protective order: Dkt. 210)

\* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally.  File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).