UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **INSIGNIA SYSTEMS, INC.,** | : Civil No. 04 4213 (JRT/AJB) |
| Plaintiff, | : |
| v. | : STIPULATION REGARDING |
| | : PRETRIAL AND TRIAL ISSUES |
| **NEWS AMERICA MARKETING IN-STORE, INC.,** | : |
| Defendant. | : |

Counsel for Insignia Systems, Inc. ("Insignia") and News America Marketing In-Store, Inc. ("News America") held a pretrial conference and agreed to various matters pertaining to the upcoming trial in this matter. The parties wish to formalize their agreement with this stipulation filed with the Court.

NOW, THEREFORE, INSIGNIA AND NEWS AMERICA HEREBY STIPULATE, subject to the approval of the Court, as follows:

1. The parties will disclose trial witnesses seventy-two (72) hours prior to their testifying at trial;

2. There will be no time limits for opening statements;

3. The parties will exchange opening statement demonstratives seventy-two (72) hours before opening statements are to begin;

4. A party will not modify or add to its opening statement demonstratives once the exchange of opening statement demonstratives has occurred; and,

5. Fed. R. Civ. P. 1006 and/or "Compilation Exhibits" (*e.g.*, data) shall be disclosed to the other side three (3) business days prior to their use at trial.

Dated: January 21, 2011  Respectfully submitted,

By: s/ Stephen A. Wood
Julian Solotorovsky
Stephen A. Wood
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, 26th Floor
Chicago, IL 60606-1227
(312) 857-2311 (phone)
jsolotorovsky@kelleydrye.com
swood@kelleydrye.com

Robert L. Meller, Jr.
BEST & FLANAGAN
225 South Sixth Street,
Suite 4000
Minneapolis, Minnesota 55402
(612) 339-7121

*Attorneys for Plaintiff*
*Insignia Systems, Inc.*

Dated: January 21, 2011  Respectfully submitted,

By: s/ Todd Wind
Todd Wind (#196514)
Nicole M. Moen (#329435)
FREDRIKSON & BYRON
200 South Sixth Street, Suite 4000
Minneapolis, Minnesota 55402
(612) 492-7046 (phone)

2

(612) 492-7077 (facsimile)
twind@fredlaw.com
nmoen@fredlaw.com

Richard L. Stone (*pro hac vice*)
Kenneth D. Klein (*pro hac vice*)
Julie Ann Shepard (*pro hac vice*)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
(310) 785-4600 (phone)
(310) 785-4601 (facsimile)
richard.stone@hoganlovells.com
julie.shepard@ hoganlovells.com
kenneth.klein@ hoganlovells.com

***Attorneys for Defendant***
***News America Marketing In-Store, LLC***