UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC, | Civil No. 04-4213 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| NEWS AMERICA MARKETING IN-STORE, INC, | |
| Defendant. | |

Stephen Wood and Julian Solotorovsky **KELLEY DRYE & WARREN LLP**, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606; William C. MacLeod, **KELLEY DRYE & WARREN LLP,** 3050 K Street NW, Suite 400, Washington, DC 20007; and Jim Diracles, **BEST & FLANAGAN LLP**, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402-4690, for Insignia Systems Inc.

David A. Ettinger, **HONIGMAN MILLER SCHWARTZ AND COHN,** 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226; Richard L. Stone, **HOGAN & HARTSON**, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067; and Todd A. Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for News America Marketing In-Store, Inc.

This matter is before the Court on the Stipulation entered into by Plaintiff Insignia Systems, Inc. ("Insignia") and Defendant News America Marketing In-Store, Inc. ("News America") [Docket No. 803].

Based on the foregoing of all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that:

1.      The parties will disclose trial witnesses seventy-two (72) hours prior to their testifying at trial;

2. There will be no time limits for opening statements;

3. The parties will exchange opening statement demonstratives seventy-two (72) hours before opening statements are to begin;

4. A party will not modify or add to its opening statement demonstratives once the exchange of opening statement demonstratives has occurred; and,

5. Fed. R. Civ. P. 1006 and/or "Compilation Exhibits" (*e.g.*, data) shall be disclosed to the other side three (3) business days prior to their use at trial.

DATED: February 4, 2011
at Minneapolis, Minnesota.

                                                                                s/ John R. Tunheim
                                                                                JOHN R. TUNHEIM
                                                            United States District Judge