# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Insignia Systems Inc., | ) | COURT MINUTES – CIVIL |
|  | ) | BEFORE:  ARTHUR J. BOYLAN |
|  | ) | U.S. CHIEF MAGISTRATE JUDGE |
| Plaintiff(s), | ) |  |
|  | ) | Case No:        cv 04-4213 JRT/AJB |
| v. | ) | Date:           2/6/11 |
|  | ) | Courtroom: |
| News America Marketing In-Store, Inc., | ) | Time Commenced:   4:00 p.m. |
|  | ) | Time Concluded:   7:30 p.m. |
| Defendant(s). | ) | Time in Court:   3 Hour & 30 Minutes |
|  | ) |  |
|  | ) |  |

Hearing on: **SETTLEMENT CONFERENCE**

## APPEARANCES:

    Plaintiff:    William C. MacLeod

    Defendant:    Todd A. Wind

## PROCEEDINGS:

    ☐    Settlement reached.  Terms stated on the record.

          Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    √    No settlement reached.  Discussions continuing.

**Other Remarks:**

                                                    s/ KAT

                                       Judicial Assistant