*EXHIBIT B*

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **INSIGNIA SYSTEMS, INC.,** | Civil No. 04 4213 (JRT/AJB) |
| **Plaintiff,** | |
| v. | STIPULATED ORDER DISMISSING CASE WITH PREJUDICE |
| **NEWS AMERICA MARKETING IN-STORE, INC.,** | |
| **Defendant.** | Judge: Hon. John R. Tunheim |
| | Complaint Filed: Sept. 23, 2004<br>Trial Date: February 7, 2011 |

## STIPULATION TO DISMISS CASE WITH PREJUDICE

Plaintiff Insignia Systems, Inc., on the one hand, and Defendant News America Marketing In-Store L.L.C. (sued in the Action as News America Marketing In-Store, Inc.), on the other hand, by and through their attorneys of record (collectively, "the Parties"), hereby AGREE AND STIPULATE that the above-captioned case, together with all of Plaintiff's claims against Defendant which are contained therein or which could have been contained therein as of the date of this Stipulation, is hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs.

The Parties further AGREE AND STIPULATE that the Protective Order filed in the above-captioned case shall remain in effect and govern the conduct of the Parties, including the provision that all Confidential Material (as that term is

defined in the Protective Order) shall be destroyed.  For the avoidance of doubt, the Parties STIPULATE AND AGREE that all Confidential Material (including but not limited to discovery responses, documents and things produced, depositions, summaries of the foregoing, and motion papers filed with the Court incorporating or attaching Confidential Material) that are in the possession, custody or control of the Parties, their attorneys and/or their experts and consultants shall be destroyed on or before March 30, 2011.

**I STIPULATE TO ENTRY OF THE ABOVE ORDER:**

Dated: February 9, 2011

By: *[signature]*

Stephen A. Wood
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Suite 2600
Chicago, IL 60606
Phone: (312) 857-2311
Fax: (312) 857-7095
swood@kelleydrye.com

Attorneys for Plaintiff
Insignia Systems, Inc.

Dated: February 9, 2011

By: *[signature]*

Richard L. Stone (pro hac vice)
HOGAN LOVELLS US LLP
1999 Avenue of the Stars
Suite 1400
Los Angeles, CA  90067
(310) 785-4600 (phone)
(310) 785-4601 (facsimile)
richard.stone@hoganlovells.com

Attorneys for Defendant
News America Marketing In-Store, Inc