# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL JURY TRIAL

Insignia Systems Inc,

          Plaintiff,

v.

News America Marketing In-Store, Inc,

          Defendant.

**COURT MINUTES**
Case Number: 04-4213 (JRT/AJB)

| | |
|---|---|
| Date: | February 9, 2011 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 1:45 pm |
| Time Concluded: | 1:50 pm |
| Time in Court: | 5 Minutes |

Trial before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Julian Solotorovsky, Stephen Wood, Mike Lynch, Bill MacLeod, Alison MacGregor and Robert Meller
    For Defendant:    Richard Stone, Todd Wind, David Ettinger and Kenneth Klein

PROCEEDINGS:

- ☒ **JURY Trial - Ended**
- ☒ **Parties reached SETTLEMENT.  Stipulation of dismissal to be filed.**

                                                                    s/Holly McLelland
                                                                          Calendar Clerk