UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

INSIGNIA SYSTEMS, INC,                                Civil No. 04-4213 (JRT/AJB)

      Plaintiff,

v.                                                                            **ORDER**

NEWS AMERICA MARKETING IN-STORE, INC,

      Defendant.

---

Stephen Wood and Julian Solotorovsky **KELLEY DRYE & WARREN LLP**, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606; William C. MacLeod, **KELLEY DRYE & WARREN LLP,** 3050 K Street NW, Suite 400, Washington, DC 20007; and Robert Meller, Jr., **BEST & FLANAGAN LLP**, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402-4690, for Insignia Systems Inc.

David A. Ettinger, **HONIGMAN MILLER SCHWARTZ AND COHN,** 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226; Richard L. Stone, **HOGAN & HARTSON**, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067; and Todd A. Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for News America Marketing In-Store, Inc.

This matter is before the Court on the Stipulation of Dismissal filed by the parties on February 9, 2011 [Docket No. 844].

Based on the foregoing of all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that the above-captioned case, together with all of Plaintiff's claims against Defendant which are contained therein or which could have been contained therein as of the date of this Stipulation, is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

1

**IT IS FURTHER ORDERED** that the Protective Order filed in the above-captioned case shall remain in effect and govern the conduct of the Parties. Confidential Material (including but not limited to discovery responses, documents and things produced, depositions, summaries of the foregoing, and motion papers filed with the Court incorporating or attaching Confidential Material) that are in the possession, custody or control of the Parties, their attorneys and/or their experts and consultants shall be destroyed on or before March 30, 2011.

**IT IS SO ORDERED.**

DATED: February 10, 2011
at Minneapolis, Minnesota.

                                                                              s/ John R. Tunheim
                                                                                JOHN R. TUNHEIM
                                                                   United States District Judge