# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

INSIGNIA SYSTEMS, INC,

Civil No. 04-4213 (JRT/AJB)

Plaintiff,

v.

**ORDER**

NEWS AMERICA MARKETING IN-STORE, INC,

Defendant.

---

Stephen Wood and Julian Solotorovsky **KELLEY DRYE & WARREN LLP**, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606; William C. MacLeod, **KELLEY DRYE & WARREN LLP,** 3050 K Street NW, Suite 400, Washington, DC 20007; and Robert Meller, Jr., **BEST & FLANAGAN LLP**, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402-4690, for Insignia Systems Inc.

David A. Ettinger, **HONIGMAN MILLER SCHWARTZ AND COHN,** 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226; Richard L. Stone, **HOGAN & HARTSON**, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067; and Todd A. Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for News America Marketing In-Store, Inc.

This matter is before the Court on the Stipulation to Appoint Master filed by the parties on February 9, 2011 [Docket No. 845].

Based on the foregoing of all the records, files, and proceedings herein, **IT IS HEREBY ORDERED** that  the United States District Court for Minnesota shall retain jurisdiction to enforce the Parties' settlement agreement and Exclusive Selling Agreement entered on February 9, 2011, and pursuant to 28 U.S.C. § 636, Fed.R.Civ.P. 53 and Local Rule 72.1, the Honorable Arthur J. Boylan is hereby designated to serve as

a special master for any disputes that arises between the parties regarding enforcement or

interpretation of the Parties' settlement agreement entered on February 9, 2011, Joint

Exhibit A thereto, the long-form exclusive selling agreement and related matters.

**IT IS SO ORDERED.**

DATED:  February 10, 2011
at Minneapolis, Minnesota.                          _____s/ John R. Tunheim_____
                                                                JOHN R. TUNHEIM
                                                       United States District Judge