UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| INSIGNIA SYSTEMS, INC, | Civil No. 04-4213 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| NEWS AMERICA MARKETING IN-STORE, INC, | |
| Defendant. | |

Stephen Wood and Julian Solotorovsky **KELLEY DRYE & WARREN LLP**, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606; William C. MacLeod, **KELLEY DRYE & WARREN LLP,** 3050 K Street NW, Suite 400, Washington, DC 20007; and Robert Meller, Jr., **BEST & FLANAGAN LLP**, 225 South Sixth Street, Suite 4000, Minneapolis, MN 55402-4690, for Insignia Systems Inc.

David A. Ettinger, **HONIGMAN MILLER SCHWARTZ AND COHN,** 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226; Richard L. Stone, **HOGAN & HARTSON**, 1999 Avenue of the Stars, Suite 1400, Los Angeles, CA 90067; and Todd A. Wind, **FREDRIKSON & BYRON, PA**, 200 South Sixth Street, Suite 4000, Minneapolis, MN 55402-1425, for News America Marketing In-Store, Inc.

Defendant has requested permission to contact the jurors who served in the trial of this case. Plaintiffs' and defendants' counsel may be allowed to contact the jurors after jurors' service of jury duty is completed. However, counsel may contact the jurors initially only by letter.

**IT IS HEREBY ORDERED** that defendant's request to obtain the full name and address of each juror who sat in the above-entitled matter is **GRANTED.**

The Court's Jury Clerk shall provide plaintiffs' and defendants' counsel with the jurors' full names and addresses.


DATED:  February 17, 2011                                 _____s/ John R. Tunheim_____
at Minneapolis, Minnesota.                              JOHN R. TUNHEIM
                                                                United States District Judge