# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

|  |  |  |
|---|---|---|
| Insignia Systems Inc., | ) | COURT MINUTES – CIVIL |
|  | ) | BEFORE:  ARTHUR J. BOYLAN |
|  | ) | U.S. CHIEF MAGISTRATE JUDGE |
| Plaintiff(s), | ) |  |
|  | ) Case No: | cv 04-4213 JRT/AJB |
| v. | ) Date: | 5/13/11 |
|  | ) Courtroom: |  |
| News America Marketing In-Store, Inc., | ) Time Commenced: | 8:00 a.m. |
|  | ) Time Concluded: | 12:30 p.m. |
| Defendant(s). | ) Time in Court: | 4 Hours & 30 Minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

    Plaintiff:    Robert L. Meller, Jr., James C. Diracles

    Defendant:    Todd A. Wind

**PROCEEDINGS:**

    ☐    Settlement reached.  Terms stated on the record.

        Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

    √    Attorneys are to submit proposed settlement language to the Court no later than Wednesday, May 18, 2011

**Other Remarks:**

                                                                               s/ KAT
                                                                        Judicial Assistant